UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

**FILED**

OCT 3 1 2006

CLERK

| | | |
|---|---|---|
| SHIRLEY J. STOVER, | ) | CIV. 05-5018-RHB |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | JUDGMENT OF DISMISSAL |
| | ) | |
| LIBERTY CHRYSLER CENTER, L.L.C., | ) | |
| | ) | |
| Defendant. | ) | |

The Court has been advised that the above-entitled action has been settled. Therefore, it is

ORDERED that this action is hereby dismissed without prejudice to the right of any party to

reopen the action if settlement is not consummated.

Dated this 31st day of October, 2006.

BY THE COURT:

RICHARD H. BATTEY
UNITED STATES DISTRICT JUDGE